# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES AYRES, | : |
|         Plaintiff | : CIVIL ACTION NO. 09-1512 |
| vs. | : |
| BERKS COUNTY SHERIFF'S DEPARTMENT, BERKS COUNTY and JOHN DOES 1-10 | : |
|         Defendants | : |

## ORDER

**AND NOW**, this 9th day of March, 2010, upon consideration of Plaintiff's Motion to Amend Complaint (Docket No. 31) filed February 9, 2010, the Response of Defendants Berks County and the Berks County Sheriff's Department to Plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 34) filed February 17, 2010,[1] the Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 37) filed by Plaintiff on February 26, 2010, and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Plaintiff's motion to amend is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge

---

[1] On the same day they filed their Response, Defendants filed a memorandum of law in support thereof.