**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____
                                      :
JAMES AYRES,                          :
                                      :   CIVIL ACTION NO. 09-1512
              Plaintiff               :
                                      :
      vs.                             :
                                      :
BERKS COUNTY SHERIFF'S DEPARTMENT,    :
BERKS COUNTY and JOHN DOES 1-10       :
                                      :
              Defendants              :
_____:
```

**ORDER**

**AND NOW**, this 13th day of April, 2010, upon consideration of Plaintiff's Renewed Motion to Stay Defendants' Motion for Summary Judgment (Docket No. 44) filed March 31, 2010; it appearing that Plaintiff seeks a stay on the decision of Defendants' motion for summary judgment filed February 12, 2010 pending reconsideration of this Court's March 9, 2010 Order denying Plaintiff's motion to amend; it further appearing that Plaintiff's Motion for Reconsideration was filed with the Court on March 24, 2010,

**IT IS ORDERED** that Plaintiff's motion to stay is **GRANTED.**

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN,
United States Magistrate Judge